IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINDSAY MARIE STOCKLOS,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 14-1673 |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| **Commissioner of** | : | |
| **Social Security,** | : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, this 14th day of July, 2015, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 8), Defendant's response (Doc. No. 9), and Plaintiff's reply thereto (Doc. No. 12), as well as the record herein, and after careful and independent consideration of the Report and Recommendation of Richard A. Lloret, United States Magistrate Judge, to which no objections have been made, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 16) is **APPROVED** and **ADOPTED**;

2. Plaintiff's request for judicial review is **GRANTED** and this matter is **REMANDED** to the Commissioner for further proceedings consistent with the Magistrate Judge's Report and Recommendation;

3. The Clerk shall mark this case as **CLOSED** for statistical purposes.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.